710

NATHAN VANDROFF, Respondent, v. PAULINE ZARETSKY et al., Appellants.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

JOHN TURANT, Appellant, v. JOSEPH MARCHETTI et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

EDWARD A. WINKELMAN, Doing Business under the Name of WINKELMAN & WINKELMAN, Respondent, v. RICHARD M. ADLER et al., Appellants.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of STATEN ISLAND PLAZA, INC., Respondent-Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant-Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of SOLOMON B. TERKELTOUB, Appellant, v. MARILYN DOMROE, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CONTALDO, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THIRD DEPARTMENT, SEPTEMBER, 1961

(September 6, 1961)

In the Matter of ANTHONY MITRIONE.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.